Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888

In re:
Patrick J Berkos           Case No. 12-01897
Mary M Berkos              Account No. 9806

GUARANTY BANK              Patrick J Berkos
4000 W BROWN DEER RD       Mary M Berkos
BROWN DEER, WI 53209       39W635 Loretta Drive
                           Saint Charles, IL 60175

                           ROBERT V SCHALLER
                           OAK BROOK POINTE
                           700 COMMERCE DR #500
                           OAK BROOK, IL 60523

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on April 11, 2012.

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on May 17, 2012.

/S/  Marifran Smith
For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888